# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY ALBERTI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INNOPHOS HOLDINGS, INC.,<br><br>Defendant. | Case No. 3:24-cv-10098 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anthony Alberti hereby gives notice that his individual claims in this action against Defendant Innophos Holdings, Inc., are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 13, 2025

Respectfully submitted,

By: */s/ Patrick Howard*
Patrick Howard (NJ Atty ID #02280-2001)
**SALTZ MONGELUZZI &
BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Telephone: (215) 575-3895
phoward@smbb.com

*Counsel for Plaintiff and the Proposed Class*

So Ordered this 19th day of March 2025.

_____
Honorable Michael A. Shipp, U.S.D.J.

1